# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 1:20-CV-20014-JEM

Plaintiff:
**WINDY LUCIUS,**

vs.

Defendant:
**FLORIDA FINE WINE AND SPIRITS, LLC d/b/a TOTAL WINE & MORE,**

For:
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM PLLC
10873 Sw 59th Court
Pinecrest, FL 33156

Received by Professional Process Servers on the 3rd day of January, 2020 at 9:00 am to be served on **FLORIDA FINE WINE AND SPIRITS, LLC d/b/a TOTAL WINE & MORE C/O REGISTERED AGENT, CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Roberto De Lemos, being duly sworn, depose and say that on the **3rd day of January, 2020** at **1:50 pm, I:**

**Served** a **LIMITED LIABILITY COMPANY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR INJUNCTIVE RELIEF and CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH, AUTHORIZED SERVICE TECH FOR CT CORPORATION SYSTEM** as **REGISTERED AGENT** for **FLORIDA FINE WINE AND SPIRITS, LLC** at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVED TO AN EMPLOYEE OF THE REGISTERED AGENT, DONNA MOCH, AUTHORIZED TO ACCEPT, PURSUANT TO FLORIDA STATUTE 48.062 (1).

**Description** of Person Served: Age: 50s, Sex: F, Race/Skin Color: WHITE, Height: 5'2, Weight: 120, Hair: BROWN, Glasses: N

43

## AFFIDAVIT OF SERVICE For 1:20-CV-20014-JEM

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 6th day of January, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

CONCHITA NUNEZ
Commission # GG 214086
Expires May 4, 2022
Bonded Thru Budget Notary Services

Roberto De Lemos
SPS#1114

Professional Process Servers
& Investigators, Inc.
1749 N.E. 26th Street, Suite A
Wilton Manors, FL 33305
(954) 566-2523

Our Job Serial Number: FIS-2020000043

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WINDY LUCIUS <br><br> *Plaintiff(s)* <br> v. <br> FLORIDA FINE WINE AND SPIRITS, LLC d/b/a TOTAL WINE & MORE <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 20-CV-20014 <br> ) <br> ) <br> ) <br> ) <br> ) |

*[Handwritten/stamped: SERVED DONNA MOCH MGR, DATE: 1/3/20, TIME: 1:50 PM, BY: RW, A BROWARD COUNTY SPECIAL PROCESS SERVER]*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FLORIDA FINE WINE AND SPIRITS, LLC d/b/a TOTAL WINE & MORE
c/o Registered Agent CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____01/03/2020_____

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

*[Handwritten: RW 50° 5'2" 120 NG BW   R1   43]*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-20014

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset